IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CRESSALYN EVANS,<br><br>              Plaintiff,<br>v.<br><br>CENTURY LINK CORPORATION,<br><br>              Defendant. | MEMORANDUM DECISION and ORDER ADOPTING REPORT & RECOMMENDATION<br><br>Case No. 2:12-CV-343-DN-PMW<br><br>District Judge David Nuffer<br>Magistrate Judge Paul M. Warner |

      This case was referred to Magistrate Judge Paul M. Warner under 28 U.S.C. § 636(b)(1)(B).[1] On March 8, 2013, Judge Warner issued a Report & Recommendation (R&R)[2] recommending that this court: (1) DENY Plaintiff Evans's motion for leave to amend the original complaint; and (2) GRANT Defendant's motion to dismiss the original complaint, and render MOOT Defendant's motion to dismiss the proposed amended complaint.[3]

      The parties were notified of their right to file objections to the R&R within 14 days after receiving it.[4] No objections to the R&R were filed or received by the court.

      The court has conducted a *de novo* review of the issues and agrees with Judge Warner's analysis, conclusions and recommendations. Accordingly, the R&R is adopted as the order of this court.

---

[1] Order Referring Case, docket no. 8, filed May 22, 2012.

[2] Docket no. 21, filed March 8, 2013.

[3] *Id.* at 13.

[4] *Id.*

## ORDER

IT IS HEREBY ORDERED that the R&R[5] is ADOPTED as the order of the court.

IT IS FURTHER ORDERED that Evans's motion to amend the complaint is DENIED,[6] Defendant's motion to dismiss the original complaint is GRANTED,[7] and Defendant's motion to dismiss the amended complaint is MOOT.[8]

Signed March 26, 2013.

BY THE COURT

_____
District Judge David Nuffer

---

[5] Docket no. 21.

[6] Request to Amend Complaint, docket no. 11 filed May 24, 2012.

[7] Motion to Dismiss, docket no. 4, filed April 17, 2012.

[8] Motion to Dismiss Amended Complaint, docket no. 16, filed June 11, 2012.